# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMPKIN WILLIAMS, | CASE NO. 1:07-cv-01320-OWW-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| LT. HERRERA, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Lumpkin Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 10, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendants Herrera, Williams, McBride, Duty, Diaz, Hill, Clark, Navarro, Petrick, Beels, Mattingly, and Lanz for retaliation in violation of the First Amendment, and for endangering Plaintiff's safety in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008). Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendants:

　　　　　　LT. HERRERA

　　　　　　CPT. W. R. WILLIAMS

　　　　　　SGT. MCBRIDE

　　　　　　SGT. DUTY

          C/O DIAZ

          C/O HILL

          C/O CLARK

          C/O NAVARRO

          LT. PETRICK

          WARDEN BEELS

          WARDEN MATTINGLY

          SGT. LANTZ

2. The Clerk of the Court shall send Plaintiff twelve (12) USM-285 forms, twelve (12) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 10, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Thirteen (13) copies of the endorsed complaint filed September 10, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 1, 2008**                /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE