# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMPKIN WILLIAMS, | CASE NO. 1:07-cv-01320-OWW-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST, AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| LT. HERRERA, et al., | |
| Defendants. | (Docs. 16 and 28) |

Plaintiff Lumpkin Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 14, 2008, is adopted in full;

2. Defendants' motion to dismiss for failure to exhaust, filed August 8, 2008, is GRANTED; and

///

1

1	3.	This action is dismissed in its entirety, without prejudice.

IT IS SO ORDERED.

**Dated:    November 25, 2008**              <u>      /s/ Oliver W. Wanger      </u>
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE